**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 16-24214-CV-GRAHAM/REID

CONTRELL LEO FLOYD,

    Plaintiff

v.

CITY OF MIAMI BEACH, et al.,

    Defendants

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation [D.E. 130] on Defendants Orisme and Espada's Joint Motion to Dismiss Plaintiff's claims for compensatory and punitive damages. [D.E. 90].

**THIS MATTER** was assigned to the Honorable United States Magistrate Judge Lisette M. Reid [D.E. 49]. On July 7, 2020, Magistrate Judge Reid issued a Report and Recommendation recommending that Defendants' Motion to Dismiss be denied. [D.E. 130].

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties have 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court. Failure to file timely objections shall bar the Parties from a de novo determination by the District Court of issues covered in the Report and Recommendation and bar the Parties from attacking on appeal the

1

factual findings contained therein. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988).

## OBJECTIONS AND RESPONSES

Defendants filed objections to the Magistrate Judge's Report and Recommendation [D.E. 134], to which the Plaintiff responded [D.E. 139]. Plaintiff then filed a separate notice concurring with the Magistrate Judge's Report [D.E. 136].

## THE COURT'S RULING

After a careful review of the record, this Court affirms the Report and Recommendation because it demonstrates an exhaustive review of the record and makes findings consistent with the law. Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Lisette M. Reid's Report and Recommendation [D.E. 130] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss Plaintiff's claims for compensatory and punitive damages [D.E. 90], is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of August, 2020.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

Contrell Leo Floyd pro se

2